May 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

TCHEWAM "LILY" MUKWANGE, Appellant

NO. 14-12-00442-CV                         V.

PUBLIC STORAGE, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on May 2, 2012.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by TCHEWAM "LILY" MUKWANGE.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.